IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Rafael Aviles-Cervantes, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Outside Unlimited, Inc., <br><br> Defendant | CIVIL NO. 1:16-cv-1214-RDB |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT AND
MEMORANDUM OF LAW IN SUPPORT THEREOF**

Plaintiffs, Rafael Aviles-Cervantes, et al., move this Court pursuant to Fed. R. Civ. P. 15 for leave to file the attached Second Amended Complaint. The purpose of the amendment is to address pleading issues in Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment.

POSITION OF OPPOSING PARTIES

Defendant does not oppose this motion.

ARGUMENT

Under Fed. R. Civ. P. 15(a), "[a] party may amend its pleading once as a matter of course" either twenty-one days after serving it or within twenty-one days after service of a responsive pleading or a motion under Fed. R. Civ. P. 12(b), (e), or (f). Fed. R. Civ. P. 15(a). Thereafter, amending a pleading requires "the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "The court should freely give leave when justice so requires," *id.*, and should deny leave to amend only if amendment "would prejudice the opposing party, reward bad faith on the part of the moving party,

or . . . amount to futility," *MTB Servs., Inc. v. Tuckman–Barbee Constr. Co.,* No. RDB–12–2109, 2013 WL 1819944, at *3 (D. Md. Apr. 30, 2013); *see Foman v. Davis,* 371 U.S. 178, 182; *Laber v. Harvey,* 438 F.3d 404, 426 (4th Cir. 2006) ("Delay alone . . . is an insufficient reason to deny the plaintiff's motion to amend."). Otherwise, "[i]f the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief" and the plaintiff moves to amend, the Court should grant the motion to give the plaintiff "opportunity to test his claim on the merits." *Foman*, 371 U.S. at 182.

      This amendment will not prejudice Defendant. Defendant has not yet filed any answers. Moreover, Defendant has filed a Rule 12(b)(6) motion to dismiss alleging that Plaintiffs' First Amended Complaint fails to allege facts sufficient to meet the standard for pleading set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). Plaintiffs argue that their First Amended Complaint pleads sufficient factual detail to survive this challenge. However, in the interest of judicial economy and minimizing unnecessary litigation, they are asking permission to file this amended complaint addressing the deficiencies that Defendant has raised in its motion. This amended complaint relies on the same underlying facts as the original and first amended complaints. Plaintiffs seek merely to plead those facts with more specificity.

## CONCLUSION

      For these reasons, this court should grant Plaintiffs leave to file the Second Amended Complaint appended as Ex. 1 to their motion.

Respectfully submitted,

_____
A Darwin Holder, Jr.

Federal Bar #08474
Holder Law Group
P.O. Box 10509
Towson, MD 21285
Tel.:  410-296-9550
Fax:  443-863-6633
darholder@holderlaw.com


Edward Tuddenham
228 W. 137th St.
New York, New York 10030
Tel: 212-234-5953
Fax:  512-532-7780
etudden@prismnet.com


Gregory S. Schell
Federal Bar #00277
9851 Daphne Avenue
Palm Beach Gardens, Florida   33410
Tel:  561-627-2108
Fax:  561-328-3814
gschell99@gmail.com

ATTORNEYS FOR PLAINTIFFS

3

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of August, 2016, the foregoing document was served electronically by the Court's CM/ECF system on all counsel of record, each of whom is a filing user.

                                                                                           A. Darwin Holder, Jr.